# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

CYNTHIA L. POLLICK, : No. 573 MAL 2022
:
Petitioner :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
ANTHONY P. TROZZOLILLO, :
:
Respondent :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 23rd day of May, 2023, the Petition for Allowance of Appeal is **DENIED**.